**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL KITCHEN,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SELECT PORTFOLIO SERVICING, INC.,<br><br>　　　　　　Defendants. | Case No.:   2:15-CV-02297-RCJ-PAL<br><br>**ORDER SETTING HEARING** |

**ORDER IN CHAMBERS**

　　Presently before the Court, is Motion by Citimortgage, Inc. to Dismiss (ECF #6). Accordingly,

　　IT IS HEREBY ORDERED that ORAL ARGUMENT is set for 10:00 A.M. Friday, February 12, 2016, in LAS VEGAS COURTROOM TBD, before Judge Robert C. Jones.

　　IT IS SO ORDERED this 6th day of January, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ROBERT C. JONES
　　　　　　　　　　　　　　　　　　　　　　　　District Judge