# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL KITCHEN,<br><br>    Plaintiff,<br><br>vs.<br><br>SELECT PORTFOLIO SERVICING, INC.,<br><br>    Defendant. | Case No.: 2:15-CV-02297-RCJ-PAL<br><br>**ORDER VACATING AND RESCHEDULING ORAL ARGUMENT** |

**MINUTE ORDER IN CHAMBERS**

Presently before the Court is Select Portfolio Servicing, Inc.'s Motion to Dismiss Plaintiff's First Amended Complaint (ECF #20).   Accordingly,

IT IS HEREBY ORDERED that the Oral Argument currently set for 10:00 A.M., Thursday, July 28, 2016, in LAS VEGAS Courtroom 4B, is VACATED and RESCHEDULED to 09:00 A.M., July 29, 2016, in Las Vegas Courtroom 4B, before Judge Robert C. Jones.

IT IS SO ORDERED this 7th day of July, 2016.

_____
ROBERT C. JONES
District Judge